IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01196-BNB

MALCOLM M. RUNNEL,

    Plaintiff,

v.

THE COLORADO DEPARTMENT OF CORRECTIONS,
LT. TIMOTHY SMELSER,
LOU ARCHULETA, Warden,
S. MURPHY, Case Mgr. of CCFCO, and
D. WEBSTER, Case Mgr. of CCFCO,

    Defendants.




FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 19 2007

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff Malcolm M. Runnel is a prisoner in the custody of the Colorado Department of Corrections and currently is incarcerated at the Colorado State Penitentiary in Cañon, Colorado. Mr. Runnel initiated this action on May 29, 2007, by submitting to the Court a *pro se* Prisoner Complaint. On August 2, 2007, Magistrate Judge Boyd N. Boland ordered Mr. Runnel to file a legible Amended Complaint that complies with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. Mr. Runnel filed an Amended Complaint on September 4, 2007.

The Amended Complaint is no more legible than Plaintiff's original Complaint. Nonetheless, as opposed to dismissing the action for failure to comply with the August 2, 2007, Order, Magistrate Judge Boland entered an order on September 7, 2007, allowing Plaintiff a second opportunity to amend the Complaint. Plaintiff was instructed

to properly space each written word and print each letter of each word clearly and concisely.

On both September 18 and September 24, 2007, Mr. Runnel filed incomplete copies of the prisoner complaint form. Again, Plaintiff's writing in each of the forms is illegible. Therefore, Mr. Runnel has failed to comply with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure and with Magistrate Judge Boland's September 7, 2007, Order.

A decision to dismiss a pleading pursuant to Rule 8 is within the Court's sound discretion. *See Atkins v. Northwest Airlines, Inc.*, 967 F.2d 1197, 1203 (8th Cir. 1992); *Gillibeau v. City of Richmond*, 417 F.2d 426, 431 (9th Cir. 1969). The burden Mr. Runnel places upon Defendants and the Court to identify, interpret, and respond to his specific claims is unreasonable. Therefore, the action will be dismissed for failure to comply with the pleading requirements of Fed. R. Civ. P. 8(a) and (e). Accordingly, it is

ORDERED that the Complaint and the action are dismissed without prejudice for failure to comply with the pleading requirements of Fed. R. Civ. P. 8(a) and (e).

DATED at Denver, Colorado, this _18_ day of _____Oct._____, 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01196-BNB

Malcolm M. Runnel
Doc# 59529
PO Box 777
Canon City, CO 81215

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 10/19/07

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk